UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT NEUWIRTH and AMANDA NEUWIRTH

CIVIL ACTION NO.: 1:17-CV-04315

vs

*Plaintiff*

FINNAIR OYJ

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **7/10/2017** at **12:28 PM** at **31 West 52nd Street, 12th Floor, New York, NY 10019**

deponent served a(n) **Civil Cover Sheet, Summons in a Civil Action, Verified Complaint Jury Trial Demanded and U.S. District Court Southern District of New York Notice of Electronic Filing**

on **Finnair OYJ c/o Holland & Knight**, a domestic corporation,

by delivering thereat a true copy of each to **Glenn Huzinec** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Brown/Balding
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 161-200 Lbs.
Other : Glasses

Sworn to before me this
10th day of July, 2017

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Nicholai Granados
License No. 2028666

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160