**EXHIBIT 1**
**C.V., TEST. HISTORY, PUB. HISTORY AND FEE SCHEDULE OF DR. GRUNES**

## CREDENTIALS

### ROBERT L. GRUNES

**Education:**

| | |
|---|---|
| BS (Engineering) | Polytechnic University of N.Y., 1963 |
| MS (Engineering) | Polytechnic University of N.Y., 1965 |
| PhD (Metallurgy) | Polytechnic University of N.Y., 1970 |

**Professional Registration:**

Professional Engineer; Licensed in the States of New York, New Jersey and Pennsylvania.

**Pertinent Prior Experience:**

Engineer - Failure Analysis Group, Pratt & Whitney Div, United Technologies Corporation, East Hartford, CT.

Engineer - National Aeronautics & Space Administration, Lewis Research Center, Cleveland, Ohio.

Consulting Engineer - Physical plant, products, systems and procedures with regard to design, troubleshooting and safety, including compliance with applicable standards & regulations (eg elevators, machines, pipelines, pressure vessels, vehicles, etc).

Engineer Officer - US Army Corps of Engineers; Structures practices and explosives / demolitions.

**Society Affiliations:**

Member, American Society of Mechanical Engineers.
Member, American Society for Testing & Materials.
Member, American Society of Civil Engineers.
Member, The Metallurgical Society.
Member, National Fire Protection Association.

**Academic Affiliations:**

Taught courses in mechanics, electrical circuitry & electronics, optics, properties of materials and chemistry on the adjunct faculty of the New Jersey Institute of Technology.

**Publications:**

Eleven papers and books on a variety of engineering topics.

**Listings & Honors:**

| | |
|---|---|
| American Men and Women of Science | Dictionary of International Biography |
| Who's Who in the East | Who's Who in Technology Today |
| Member, Society of Sigma Xi | Who's Who in Science and Engineering |

**R.L. Grunes & Associates, Inc.**/521 Fifth Avenue, New York, NY 10017 Tel (212) 370-0160

Robert L. Grunes

Federal Court CV Supplement

Publications:

None in the past 10 years.

Testimony:

Velez vs. Goldco Industries, Inc., et al., 4/16/02, US District Ct (Southern Dist of NY).

Gaczol vs. Salim, et al., 4/29/02, NYS Supreme Ct (Kings Cty).

Lohman vs. Stevens Transport, Inc., et al, 5/14/02, US District Ct (Eastern Dist of NY).

Monteleone vs. Central Parking Systems of NY, et al, 7/1/02, NYS Supreme Ct (NY Cty).

Fessler vs. Carrandi, et al, 1/29/03, NYS Supreme Ct (Nassau Cty).

Latino vs. Nolan, et al, 2/3/03, NYS Supreme Ct (Suffolk Cty).

Gaffney vs. NYC Housing Authority, 2/20/03, NYS Supreme Ct (Bronx Cty).

Kotsakos vs. Tsirigotis, 5/13/03, NYS Supreme Ct (Kings Cty).

Dzienisiewicz vs. 1025 Realty Assocs, LLC, 9/16/03, NYS Supreme Ct (Kings Cty).

Ezagui vs. Serrant & Sons, Inc., et al., 10/9/03, NYS Supreme Ct (Kings Cty).

Derrick, et al. vs. Bergren, 10/21 & 22/03, NYS Supreme Ct (Kings Cty).

Smith & Allston vs. Houde & Brown, 11/18 & 19/03, NYS Supreme Ct (Queens Cty).

Stathes vs. Sooner Fabrication & Sales Co., Inc., 2/5/04, NYS Supreme Ct (Orange Cty).

Arnoff vs. Home Depot, et al, 3/24/04, NYS Supreme Ct (Suffolk Cty).

Claudio vs. Miller, 6/15/04, NYS Supreme Ct (New York Cty).

Rector vs. Harran Holding Corp., 12/16/04, NYS Supreme Ct (New York Cty).

Cochrane vs. 255 Eastern Parkway, et al., 1/31/05, NYS Supreme Ct (Brooklyn).

DeBold vs. White Consolidated Inds, et al., 3/4/05, Superior Ct Commonwealth of Mass. (Middlesex Cty).

Promenade Condo vs. Schindler Elevator, 4/4/05, NYS Supreme Ct (NY Cty).

Wallace, et al. vs. Jones Motor Co., et al., 5/25/05, US District Ct (Eastern Dist of NY).

Nahmany vs. Fraticelli, 7/26/05, NYC Civil Ct (Kings Cty).

Haindl vs. Motion Control Engineering, Inc., 8/31/05, NYS Supreme Ct (Westchester Cty).

Gutwein vs. Skinflint's Restaurant, 10/26/05, NYS Supreme Ct (Kings Cty).

Albarracin vs. A&E Stores, et al., 11/15/05, Superior Ct of NJ (Hudson Cty).

Kojima vs. LifeGear Inc., et al., 1/5/06, US District Ct (Southern Dist of NY).

McConville vs. Transportation Cos., 2/15/06, NYS Supreme Ct (Richmond Cty).

Magierski vs. Altec Industries, et al., 3/1/06, US District Ct (Eastern Dist of NY).
Sataydeo vs. Buchanan, et al., 4/25 & 26/06, NYS Supreme Ct (Nassau Cty).

Velez vs. Cukaj, 5/10/06, NYS Supreme Ct (Bronx Cty).

Conlin vs. Rob's Towing, et al., 10/4 & 6/06, NYS Supreme Ct (Suffolk Cty).

Viggiano vs. Gelbman, et al., 10/24/06, NYS Supreme Ct (NY Cty).

McConville vs. Reinauer Transp Cos, 9/26/07, NYS Supreme Ct (Richmond Cty).

Bouima vs. Dacomi, Inc, 9/27/07, NYC Supreme Ct (Kings Cty).

Harris vs. DeCoteau, 7/18/07, NYS Supreme Ct (Kings Cty).

Faynvits vs. Samsol Homes, Inc., 5/7/08, NYC Supreme Ct (Kings Cty).

Espinosa vs. JMG Realty Corp., et al, 1/15/09, NYS Supreme Ct (NY Cty).

TFI, LLC vs. 1600 Oak Street, 6/5/09, Superior Court of NJ, Law Division-Ocean Cty.

Klatzko vs. Plaza Arcade Realty, et al, 4/14/10, NYS Supreme Ct (NY Cty).

Ocampo vs. Abetta Boiler & Welding Services, et al, 5/13/10, NYS Supreme Ct (NY Cty).

Ainsworth vs. AMG Trucking, et al., 9/26/11, US District Ct (Eastern District of NY).

Moulinos vs. Joyce Kilmer Columbian Club, 1/18/12, NYS Supreme Ct (Queens Cty).

Zhu vs. Maliagros, 1/31/12, NYS Supreme Ct (Queens Cty).

Palmer vs. Patchen Avenue Cluster Housing Development, 2/6-7/12, NYS Supreme Ct (Kings Cty).

Cwiklinski vs. Sears, et at, 3/2/12, NYS Supreme Ct (Erie Cty).

Avila vs. 172 Allen Realty, et al, 3/7/12, NYS Supreme Ct (Bronx Cty).

Pena vs. Mirville, 1/9/13, NYS Supreme Ct (Queens Cty).

Arena vs. A & L Services, LLC and Leonard Lattanzio vs. Martin, 1/23/13, NYS Supreme Ct (Kings Cty).

Wekstein vs. All Natural Bakery, Inc. and The Bakery of New York, Inc., 2/1/13, NYS Supreme Ct (Queens Cty).

Martinez v. 3157-77 Villa Avenue, 3/24/14, NYS Supreme Ct (Bronx Cty).

Swe v. Highpoint & Associates IX, LLC, et al. 12/9/14, NYS Supreme Ct (Queens Cty).

Dembitzer v. Braver, as treasurer, Lake Forest Condominium 11/6/15, NYS Supreme Ct (Kings Cty).

Kromah v. 2264 Davidson Realty, et al, 4/7/17, NYS Supreme Ct (Bronx Cty)

# R. L. Grunes & Associates, Inc.

Technology, Marketing & Investment Consultants

521 Fifth Avenue • New York, New York 10017

(212) 370-0160 • FAX: (212) 370-0322

September 4, 2018

Rosenberg, Minc, Falkoff & Wolff, LLP
122 East 42nd Street, Suite 3800
New York, N.Y. 10168

Attn:   Jesse M. Minc, Esq.

Subject:  Neuwirth vs Finnair Oyj.

Gentlemen:

      Please find our current fee schedule below:

      *             *            *

      For engineering efforts, including inspections, analyses, evaluations, conferences, report preparation, etc, we currently charge $250/Man-Hour portal-to-portal, plus expenses.

      For those efforts which require our appearance at legal proceedings, eg trials, testimony, depositions, etc, we currently bill $350/Man-Hour portal-to-portal, plus expenses.

      Your further inquiries are, as always, welcome.

      Yours very truly,
      R.L. Grunes & Associates, Inc.


      Robert L. Grunes; PhD, PE
      President

RLG:tk